ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-May-26 09:42:47
60CV-17-2662
C06D16 : 4 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
_____ DIVISION

BARRY AND DANA KELLERMAN                                     PLAINTIFFS

VS.                      CASE NO.: 60CV-17-_____

BANK OF AMERICA CORPORATION;
NEW PENN FINANCIAL, LLC
d/b/a SHELLPOINT MORTGAGE SERVICING; and
OCWEN LOAN SERVICING, LLC                            DEFENDANTS

### COMPLAINT FOR FRAUD, BREACH OF CONTRACT AND OTHER RELIEF

The Plaintiffs, by and through counsel, and for their Complaint state:

1. Plaintiffs are individuals and residents of Pulaski County, Arkansas.

2. Defendant Bank of America Corporation ("B of A") is bank that does business in and throughout Arkansas.

3. Defendant New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint") is a mortgage servicing company that does business in and throughout Arkansas.

4. Defendant Ocwen Loan Servicing, LLC ("Ocwen") is a mortgage servicing company that does business in and throughout Arkansas.

5. Jurisdiction and venue are proper with this Court as the property at issue is located in Pulaski County, Arkansas.

6. Plaintiff owns a home located at 24 Masters Place Cove, Maumelle, AR 72113. Defendant B of A is the mortgagee on said home. Defendant Ocwen was the mortgage servicer on said mortgage for a period of time. Defendant Shellpoint is now the mortgage service company on said mortgage.


EXHIBIT B-1

7. Plaintiff Barry Kellerman lost his job in November 2008 and Plaintiff Dana Kellerman was not working. Plaintiffs got behind on their mortgage payment.

8. Plaintiffs qualified for a loan modification in 2009.

9. Plaintiff executed the loan modification documents and returned them to defendant. Plaintiff also began making payments under the agreement. However, defendant rejected the payments and refused to honor the agreement.

10. Further, Defendants repeatedly asked for the same documents and assigning a new processor each time plaintiffs would submit the loan modification documents.

11. Defendants, individually and collectively, have routinely and systematically played a game with plaintiffs to make it impossible for plaintiffs to keep their home and pay their mortgage. This elaborate and complex game was intentional on the part of defendants and has gone on for years and years.

12. Plaintiffs were forced to file for Bankruptcy protection in June 2009.

13. Both Plaintiffs are now employed. Defendants now claim Plaintiffs do not qualify for a loan modification because they earn too much money. Defendants have once again stated their intent to foreclose on the on plaintiffs home.

## COUNT I - FRAUD

14. Defendants conduct and representations to plaintiffs that they qualified for and would be approved for loan modifications and or refinances were untrue and defendant knew they were untrue when they were made.

15. Defendants never intended to follow through with the loan modifications and refinance with plaintiffs - as demonstrated by defendants' repeated conduct in offering the loan modifications and refinances only to claim that they never received the packet of documents from plaintiffs and require re-submittal multiple times.

16. As a result of defendants' fraud, plaintiffs are at risk for losing their home by foreclosure of the defendants. This would cause plaintiffs significant damage in the form of the lost equity in their home, which exceeds the minimum amount required for diversity of citizenship jurisdiction in federal court.

17. Further, defendants should be ordered to pay and plaintiffs should be awarded punitive damages as a result of defendant's fraud.

18. Plaintiff also demands and requests an accounting of all balances, payments, debits, credits and any other line items on the mortgage.

### ALTERNATIVELY, COUNT II BREACH OF CONTRACT

19. Defendants failure and refusal to honor the loan modification agreement constitutes a breach of contract.

20. As a result of said breach, plaintiffs have been damaged. Plaintiffs damages are equal to any lost equity on the subject home, which exceeds the minimum amount required for diversity of citizenship jurisdiction in federal court.

21. Plaintiffs also seek their attorneys fees, court costs and pre and post judgment interest.

22. Plaintiffs demand trial by jury.

WHEREFORE, Plaintiffs move and pray that their Complaint be admitted; for judgment of and from defendants, and for all other just and proper relief to which they are entitled.

Respectfully submitted

/s/Danny R. Crabtree
Danny R. Crabtree (2004006)
Attorney at Law
114 South Pulaski Street
Little Rock, AR 72201
(501) 372-0080
danny.crabtree@sbcglobal.net