# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

BARRY KELLERMAN and                                              PLAINTIFFS
DANA KELLERMAN

v.                              No. 4:17CV00420 JLH

BANK OF AMERICA CORPORATION;
NEW PENN FINANCIAL, LLC, d/b/a
SHELLPOINT MORTGAGE SERVICING;
and OCWEN LOAN SERVICING, LLC                                    DEFENDANTS

## ORDER

Ocwen Loan Servicing, LLC's unopposed motion to remand is GRANTED.  Document #9.

The Court directs the Clerk to remand this case to the Circuit Court of Pulaski County, Arkansas, immediately.

IT IS SO ORDERED this 24th day of July, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE